IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER MICHAEL
JONES                                                                                                    PLAINTIFF

v.                              Case No. 6:25-cv-06027

PATROL GRANT FOX;
LT. DONALD ANSLEY;
CPL BRIAN NOBLES;
NURSE ELIS; and JEFF
WATSON                                                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 28, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12). Judge Ford recommends that Plaintiff's case be stayed and administratively terminated while Plaintiff's underlying state criminal case is pending. (ECF No. 12, at 4). Additionally, Judge Ford recommends that Plaintiff be directed to immediately inform the Court when his state criminal case related to the instant motion has been concluded. (ECF No. 12, at 4-5).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Accordingly, the Court finds that Plaintiff's case is hereby **STAYED** and **ADMINSTRATIVELY TERMINATED**. Plaintiff is **DIRECTED** to immediately inform the Court when his underlying state criminal case has been concluded.

**IT IS SO ORDERED**, this 22nd day of August, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge