IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER MICHAEL JONES PLAINTIFF

v. Case No. 6:25-cv-06027

PATROL GRANT FOX, *et. al.* DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Ford recommended that Plaintiff's Motion to Reopen the case (ECF No. 14) be denied and that Plaintiff's Second Amended Complaint (ECF No. 11) be dismissed without prejudice for Plaintiffs failure to comply with the Court's order (ECF No. 21) to provide the Court with the case citation (or citations) for the underlying state cases(s) related to Plaintiff's claims. Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 22) in its entirety. Accordingly, Plaintiff's Motion to Reopen (ECF No. 14) is **DENIED**, and Plaintiff's Second Amended Complaint (ECF No. 11) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge